**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.B. | : | No. 198 WAL 2016 |
| | : | |
| | : | |
| PETITION OF: J.F., NATURAL FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 20th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

     Whether the trial court erred in finding that the termination of the biological father's parental rights by the biological mother would best serve the needs and welfare of the minor child, where the proposed adoption by the maternal step-grandfather would not create a new, genuine parent-child relationship and/or establish a new family unit[?]

     The Order of the Superior Court is **REVERSED**. *See In re Adoption of M.R.D.*, ___ A.3d ___, 2016 WL 4541129 (Pa. Aug. 29, 2016).